**Order entered December 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00218-CR

**DARREN DWYONE GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-62506-K**

## ORDER

The reporter's record was originally due in this appeal on April 7, 2013. After abating the appeal for findings, on September 18, 2013, we ordered court reporter Janice Garrett to file the reporter's record by November 1, 2013. We warned Ms. Garrett that if she did not file the record by that date, we would order that she not sit as a court reporter until she files the record in this appeal. When the record was not filed by November 8, 2013, we ordered Janice Garrett to file the reporter's record by November 19, 2013. We further ordered that Janice Garrett not sit as a court reporter until she files the record in this appeal.

The Court now has before it Ms. Garrett's November 26, 2013 request for an extension until January 17, 2013 to file the record in this appeal. She states that her workload and a medical condition require this extension.

The Court **DENIES** the November 26, 2013 request for an extension until January 17, 2013 to file the record. We **ORDER** Janice Garrett, official court reporter of the Criminal District Court No. 4, to file the reporter's record in this appeal by **DECEMBER 13, 2013**. Ms. Garrett may make any necessary arrangements for assistance in transcribing the record. However, she remains responsible for filing the complete record in this appeal.

We further **ORDER** that Janice Garrett not sit as a court reporter until she has filed the record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Janice Garrett, official court reporter, Criminal District Court No. 4; to counsel for all parties; and to the Dallas County Auditor's Office.

/s/    LANA MYERS
       JUSTICE